```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CR S-2:10-0298 WBS |
| ) | |
| Plaintiff,  ) | STIPULATION AND [PROPOSED] ORDER |
| ) | RESETTING STATUS CONFERENCE, |
| v.  ) | AND EXCLUDING TIME UNDER |
| ) | THE SPEEDY TRIAL ACT |
| ) | |
| JAI HITEN PATEL,  ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

    The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, and defendant Jai Hiten Patel, through his counsel of record, Jesse Garcia, Esq., hereby stipulate and agree that the status conference set for April 18, 2011, be continued to June 20, 2011, at 8:30 a.m.

    The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set the date of June 20, 2011 at 8:30 a.m., for the status conference.

    Accordingly, the parties stipulate that time be excluded

1

pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) and Local Code T4, to give the defendant time to further review the discovery and to adequately prepare

IT IS SO STIPULATED.

                                          BENJAMIN B. WAGNER
                                        United States Attorney

Dated: April 14, 2011       By:  /s/ Michael M. Beckwith
                                               MICHAEL M. BECKWITH
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff

DATED: April 14, 2011       By:  /s/ Jesse Garcia
                                               JESSE GARCIA
                                               Attorney for Defendant
                                               JAI HITEN PATEL

_____

**ORDER**

    UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that the status conference set for April 18, 2011, at 8:30 a.m., be continued to Monday, June 20, 2011, at 8:30 a.m., and that the time beginning April 18, 2011, extending through and including June 20, 2011, be excluded from the calculation of time under the Speedy Trial Act. The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

    **IT IS SO ORDERED.**

DATED: April 14, 2011

                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE