BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S-2:10-0298 WBS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RESETTING STATUS CONFERENCE, |
| v. | AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| JAI HITEN PATEL, | |
| Defendant. | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, and defendant Jai Hiten Patel, through his counsel of record, Jesse Garcia, Esq., hereby stipulate and agree that the status conference set for June 20, 2011, be continued to August 8, 2011, at 8:30 a.m.

The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set the date of August 8, 2011 at 8:30 a.m., for the status conference.

Accordingly, the parties stipulate that time be excluded

pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv) and Local Code T4, to give the defendant time to further review the discovery and to adequately prepare

IT IS SO STIPULATED.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated: June 10, 2011      By:   /s/ Michael M. Beckwith
                                MICHAEL M. BECKWITH
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


DATED: June 10, 2011      By:   /s/ Jesse Garcia
                                JESSE GARCIA
                                Attorney for Defendant
                                JAI HITEN PATEL
```

_____

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that the status conference set for June 20, 2011, at 8:30 a.m., be continued to Monday, August 8, 2011, at 8:30 a.m., and that the time beginning April 18, 2011, extending through and including August 8, 2011, be excluded from the calculation of time under the Speedy Trial Act.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

DATED:  June 10, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2