```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR S-2:10-0298 WBS |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) RESETTING STATUS CONFERENCE, |
| v. | ) AND EXCLUDING TIME UNDER |
| | ) THE SPEEDY TRIAL ACT |
| JAI HITEN PATEL, | ) |
| | ) |
| Defendant. | ) |
| _____) | |

    The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, and defendant Jai Hiten Patel, through his counsel of record, Jesse Garcia, Esq., hereby stipulate and agree that the status conference set for August 8, 2011, be continued to October 24, 2011, at 8:30 a.m.

    The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set the date of October 24, 2011 at 8:30 a.m., for the status conference.

1

1    Accordingly, the parties stipulate that time be excluded
2 pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv) and Local Code
3 T4, to give the defendant time to further review the discovery and
4 to adequately prepare
5 IT IS SO STIPULATED.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: August 5, 2011         By:   /s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


DATED: August 5, 2011         By:   /s/ Jesse Garcia
                                    JESSE GARCIA
                                    Attorney for Defendant
                                    JAI HITEN PATEL

2

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that the status conference set for August 8, 2011, at 8:30 a.m., be continued to October 24, at 8:30 a.m., and that the time beginning August 8, 2011, extending through and including October 24, 2011, be excluded from the calculation of time under the Speedy Trial Act.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

DATED: August 5, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE