BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR S-2:10-0298 WBS |
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER<br>) RESETTING STATUS CONFERENCE, |
| v. | ) AND EXCLUDING TIME UNDER<br>) THE SPEEDY TRIAL ACT |
| JAI HITEN PATEL, | ) |
| Defendant. | ) |

    The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, and defendant Jai Hiten Patel, through his counsel of record, Jesse Garcia, Esq., hereby stipulate and agree that the status conference set for October 24, 2011, be continued to January 9, 2012.  The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set the date of January 9, 2012, for the status conference.

    Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv) and Local Code

1

T4, to give the defendant time to further review the discovery and to adequately prepare.  The parties agreed that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

                                                BENJAMIN B. WAGNER  
                                                United States Attorney

Dated: October 20, 2011        By:   /s/ Michael M. Beckwith  
                                                MICHAEL M. BECKWITH  
                                                Assistant U.S. Attorney  
                                                Attorney for Plaintiff

DATED: October 20, 2011        By:   /s/ Jesse Garcia  
                                                JESSE GARCIA  
                                                Attorney for Defendant  
                                                JAI HITEN PATEL

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that the status conference set for October 24, 2011, at 9:30 a.m., be continued to January 9, 2012 at 9:30 a.m., and that the time beginning October 24, 2011, extending through and including January 9, 2012, be excluded from the calculation of time under the Speedy Trial Act.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

DATED:   October 20, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE