```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR S-2:10-0298 WBS |
| | ) |
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) RESETTING STATUS CONFERENCE, |
| v. | ) AND EXCLUDING TIME UNDER |
| | ) THE SPEEDY TRIAL ACT |
| | ) |
| JAI HITEN PATEL, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, and defendant Jai Hiten Patel, through his counsel of record, Jesse Garcia, Esq., hereby stipulate and agree that the status conference set for January 9, 2012, be continued to March 5, 2012.   The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set the date of March 5, 2012, for the status conference.

Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv) and Local Code

1

1  T4, to give the defendant time to further review the discovery and
2  to adequately prepare.  The parties agreed that the ends of justice
3  served by granting the defendant's request for a continuance
4  outweigh the best interest of the public and the defendant in a
5  speedy trial.

7  IT IS SO STIPULATED.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

10 Dated: January 9, 2012       By:     /s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

13
   DATED: January 9, 2012       By:     /s/ Jesse Garcia
14                                      JESSE GARCIA
                                        Attorney for Defendant
15                                      JAI HITEN PATEL

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that the status conference set for January 9, 2012, at 9:30 a.m., be continued to March 5, 2012 at 9:30 a.m., and that the time beginningJanuary 9, 2012, extending through and including March 5, 2012, be excluded from the calculation of time under the Speedy Trial Act.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

DATED:   January 9, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE