```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I St., Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2729
 5
 6
                  IN THE UNITED STATES DISTRICT COURT
 7
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9
    UNITED STATES OF AMERICA,      )   CR. No. S-10-298 WBS
10                                 )
                   Plaintiff,      )
11                                 )   MOTION TO DISMISS INFORMATION
                 v.                )   AND [PROPOSED] ORDER
12                                 )
    JAI HITEN PATEL,               )
13                                 )
                   Defendant.      )
14  _____  )
15
```

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, moves this Court for an order dismissing the information against Jai Hiten Patel in Case No. S-10-298 WBS, filed on July 29, 2010. The single-count information charges the defendant with violating 21 U.S.C. §§ 846 and 841(a)(1) – Conspiracy to Distribute MDMA.

This motion is made in the interest of justice in light of the fact that the defendant pleaded guilty to felony drug charges in Alameda County Superior Court that stem from the same course of conduct. He was sentenced on Tuesday May 1, 2012, by the Honorable Stewart Hing in Docket Number H-51642.

///

1

The defendant is currently out of custody under the supervision of a Pretrial Services Officer.

DATE: May 25, 2012                           BENJAMIN B. WAGNER
                                             United States Attorney

                                    By: /s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney

**O R D E R**

APPROVED AND SO ORDERED:

DATED:  May 29, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE